Civil Action No. 6:20-cv-766

# Exhibit 2

U.S. Patent 7,010,698
"Systems and Methods for Creating a Code Inspection System"
Pre-Discovery Evidence of Use for Infringement

Priority Date: February 14, 2001
Note: Statements made herein are illustrative and not exhaustive

| Claim Language | Where in the Accused Product(s) Each Limitation of the Asserted Claim(s) are Found |
|---|---|
| **Claim 10.** A method of creating and maintaining a dynamic decoy system based on a protected system comprising: | Defendant Trend Micro's accused methods embody creating and maintaining a dynamic decoy system based on a protected system, as claimed in claim 10 of the '698 patent. Trend Micro controls its accused methods for its benefit (*e.g.*, fiscal gains). Trend Micro's methods also benefits end-users of the method (*e.g.*, security and protection).<br><br>For example, Trend Micro's suite of Deep Discovery products (*e.g.*, the Deep Discovery Analyzer; Deep Discovery Inspector; Deep Discovery Director; etc.) create and maintain a dynamic decoy system (e.g. sandboxes) based on a protected system (*e.g.* a CPU; application; device; etc.).<br><br>**Custom Sandbox Analysis** uses virtual images that are tuned to precisely match your system configurations, drivers, installed applications, and language versions. This approach improves the detection rate of advanced threats that are designed to evade standard virtual images. The custom sandbox environment includes safe external access to identify and analyze multi-stage downloads, URLs, command and control (C&C), and more, as well as supporting manual or automated file and URL submission.<br><br>Source: "Deep Discovery Analyzer," https://www.trendmicro.com/en_us/business/products/network/advanced-threat-protection/analyzer.html.<br><br>"Trend Micro™ Deep Discovery™ Inspector is a physical or virtual network appliance that monitors 360 degrees of your network to create complete visibility into all aspects of targeted attacks, advanced threats, and ransomware. **By using specialized detection engines and custom sandbox analysis**, Deep **Discovery Inspector identifies advanced and unknown malware, ransomware, zero-day exploits, command and control (C&C) communications, and evasive attacker activities that are invisible to standard security defenses.** Detection is enhanced by monitoring all physical, virtual, north-south, and east-west traffic."<br><br>Source: https://www.trendmicro.com/en_us/business/products/network/advanced-threat-protection/inspector.html (emphasis added) |

U.S. Patent 7,010,698
"Systems and Methods for Creating a Code Inspection System"
Pre-Discovery Evidence of Use for Infringement

Priority Date: February 14, 2001
Note: Statements made herein are illustrative and not exhaustive

> "Deep Discovery Analyzer extends the value of existing security investments from Trend Micro and third parties (through a web services API) by providing **custom sandboxing and advanced analysis.** It can also provide expanded sandboxing capabilities to other Trend Micro products. **Suspicious objects can be sent to the Analyzer sandbox for advanced analysis using multiple detection methods.** If a threat is discovered, security solutions can be updated automatically."
>
> Source: "Deep Discovery Analyzer" Datasheet,
> https://www.trendmicro.com/en_us/business/products/network/advanced-threat-protection/analyzer.html
> (emphasis added)

As shown in the diagram below, "potential threat submissions" are sent to the Deep Discovery Analyzer. If such a submission is determined to be malicious, the entire Trend Micro Security Ecosystem and Smart Protection Network is updated for all users.



Source: "Layered Security for Detection and Response" brief,
www.trendmicro.com/en_us/business/products/network/advanced-threat-protection/analyzer.html?modal=s3b-prd-img-solution-brief-1d3c9f

2

U.S. Patent 7,010,698
"Systems and Methods for Creating a Code Inspection System"
Pre-Discovery Evidence of Use for Infringement

Priority Date: February 14, 2001
Note: Statements made herein are illustrative and not exhaustive

Depending on the result of the pre-scan, Deep Discovery Analyzer performs the following actions.

| RESULT | ACTION |
|---|---|
| If the sample is a known good file / URL | • Deep Discovery Analyzer sends the original request as a response back to the ICAP client. |
| If the sample does not match any existing record | • Deep Discovery Analyzer sends the original request as a response back to the ICAP client.<br>• Deep Discovery Analyzer treats the sample as a submission and sends it to the Submission queue. The sample is not shown on the **ICAP Pre-scan** tab.<br>• Deep Discovery Analyzer adds the sample to the Deep Discovery Analyzer database to benefit later submissions.<br><br>**Note**<br>If Virtual Analyzer does not support the file type of a submitted sample, Deep Discovery Analyzer does not send the sample to the Submission queue or add to the Deep Discovery Analyzer database. |
| If the sample matches a known malicious threat | • Deep Discovery Analyzer reponds with a `403 Forbidden` message to the ICAP client.<br>• Deep Discovery Analyzer logs the sample and displays sample details on the **ICAP Pre-scan** tab. |

Source: "Submissions," https://docs.trendmicro.com/all/ent/ddan/v6.9/en-us/ddan_6.9_ag.pdf at Chapter 4, page 11

U.S. Patent 7,010,698
"Systems and Methods for Creating a Code Inspection System"
Pre-Discovery Evidence of Use for Infringement

Priority Date: February 14, 2001
Note: Statements made herein are illustrative and not exhaustive

**Virtual Analyzer**

Virtual Analyzer is a secure virtual environment that manages and analyzes objects submitted by integrated products, administrators, and investigators. Custom sandbox images enable observation of files, URLs, registry entries, API calls, and other objects in environments that match your system configuration.

Virtual Analyzer performs static and dynamic analysis to identify an object's notable characteristics in the following categories:

- Anti-security and self-preservation
- Autostart or other system configuration
- Deception and social engineering
- File drop, download, sharing, or replication
- Hijack, redirection, or data theft
- Malformed, defective, or with known malware traits
- Process, service, or memory object change
- Rootkit, cloaking
- Suspicious network or messaging activity

During analysis, Virtual Analyzer rates the characteristics in context and then assigns a risk level to the object based on the accumulated ratings. Virtual Analyzer also generates analysis reports, suspicious object lists, PCAP files, and OpenIOC files that can be used in investigations.

It works in conjunction with Threat Connect, the Trend Micro service that correlates suspicious objects detected in your environment and threat data from the Smart Protection Network.

Source: "Virtual Analyzer," https://docs.trendmicro.com/all/ent/ddan/v6.9/en-us/ddan_6.9_ag.pdf at Chapter 4, page 2

**DEEP DISCOVERY ANALYZER APPLIANCE SPECIFICATIONS**

| Deep Discovery Analyzer | |
|---|---|
| Capacity | 38,000 samples/day |
| Supported File Types | .bat, .cmd, .cell, .chm, .csv, .class, .cla, .dll, .ocx, .drv, .doc, .dot, .docx, .dotx, .docm, .dotm, .cpl, .exe, .sys, .crt, .scr, .gul, .hta, .htm, .html, .hwp, .hwpx, .iqy, .jar, .js, .jse, .jtd, .lnk, .mov, .pdf, .ppt, .pps, .pptx, .ppsx, .psl, .pub, .rtf, .slk, .svg, .swf, .vbe, .vbs, .wsf, .xls, .xla, .xlt, .xlm, .xlsx, .xlsb, .xltx, .xlsm, .xlam, .xltm, .xml, .xht, .xhtml, .url |
| Supported Operating Systems | Windows XP, Win7, Win8/8.1, Win 10, Windows Server 2003, 2008, 2012, 2016 Mac OS |
| Form Factor | 2U rack-mount, 48.26 cm (19") |
| Weight | 31.5 kg (69.45 lbs) |
| Dimensions | Width 48.2 cm (18.98") x Depth 75.58 cm (29.75") x Height 8.73 cm (3.44") |
| Management Ports | 10/100/1000 base-T RJ45 port x 1 |
| Data Ports | 10/100/1000 base-T RJ45 x 3 |
| AC Input Voltage | 100 to 240 VAC |
| AC Input Current | 10A to 5A |
| Hard Drives | 2 x 4 TB 3.5 inch SATA |
| RAID Configuration | RAID 1 |
| Power Supply | 750W redundant |
| Power Consumption (Max.) | 847W (max.) |
| Heat | 2891 BTU/hr. (max.) |
| Frequency | 50/60 HZ |
| Operating Temp. | 50-95 °F (10 to 35 °C) |
| Hardware Warranty | 3 years |

Source: "Deep Discovery Analyzer" Datasheet,
https://www.trendmicro.com/en_us/business/products/network/advanced-threat-protection/analyzer.html
(emphasis added)

4

U.S. Patent 7,010,698
"Systems and Methods for Creating a Code Inspection System"
Pre-Discovery Evidence of Use for Infringement

Priority Date: February 14, 2001
Note: Statements made herein are illustrative and not exhaustive

| | |
|---|---|
| | On information and belief, reasonable discovery will confirm that Trend Micro provides a method for creating and maintaining a dynamic decoy system based on a protected system, as set forth in claim 10 of the '698 patent. |
| creating a dynamic decoy system that substantially parallels relevant portions of a protected system; | Trend Micro's accused method embodies creating a dynamic decoy system that substantially parallels relevant portions of a protected system. Reasonable discovery will confirm this interpretation.<br><br>For example, Trend Micro's Deep Discovery Analyzer gathers potential threats from multiple sources in order to determine malicious content. If the potential threat is considered dangerous it updates the system and sends to the entire security ecosystem. The custom sandbox (*e.g.*, dynamic decoy system) matches the specific system specification (*e.g.*, protected system) in order to detect the threats, thereby creating a dynamic decoy system that substantially parallels relevant portions of a protected system.<br><br>Source: "Layered Security for Detection and Response" brief, www.trendmicro.com/en_us/business/products/network/advanced-threat-protection/analyzer.html?modal=s3b-prd-img-solution-brief-1d3c9f |

U.S. Patent 7,010,698
"Systems and Methods for Creating a Code Inspection System"
Pre-Discovery Evidence of Use for Infringement

Priority Date: February 14, 2001
Note: Statements made herein are illustrative and not exhaustive

| | |
|---|---|
| | Trend Micro's Custom Sandbox Analysis (*e.g.*, dynamic decoy machine) uses "virtual images" that "precisely match [a user's] system configurations, drivers, installed applications, and language versions" (*e.g.*, relevant portions of a protected system).  Source: "Deep Discovery Analyzer," https://www.trendmicro.com/en_us/business/products/network/advanced-threat-protection/analyzer.html.  Source: "Deep Discovery Analyzer," https://www.trendmicro.com/en_us/business/products/network/advanced-threat-protection/analyzer.html. |
| updating the dynamic decoy system based on changes to the protected system; | Trend Micro's accused methods embody updating the dynamic decoy system based on changes to the protected system. Reasonable discovery will confirm this interpretation.<br><br>For example, as stated above, Trend Micro's Deep Discovery Analyzer gathers potential threats from multiple sources in order to determine malicious content. If the potential threat (*e.g.*, changes to the protected system) is considered dangerous it updates the system and sends to the entire security ecosystem. The custom sandbox (*e.g.*, dynamic decoy system) matches the specific system specification (*e.g.*, protected system) in order to detect the threats. |

U.S. Patent 7,010,698
"Systems and Methods for Creating a Code Inspection System"
Pre-Discovery Evidence of Use for Infringement

Priority Date: February 14, 2001
Note: Statements made herein are illustrative and not exhaustive



Source: "Layered Security for Detection and Response" brief,
www.trendmicro.com/en_us/business/products/network/advanced-threat-protection/analyzer.html?modal=s3b-prd-img-solution-brief-1d3c9f

Source: "Deep Discovery Analyzer,"
https://www.trendmicro.com/en_us/business/products/network/advanced-threat-protection/analyzer.html.

U.S. Patent 7,010,698
"Systems and Methods for Creating a Code Inspection System"
Pre-Discovery Evidence of Use for Infringement

Priority Date: February 14, 2001
Note: Statements made herein are illustrative and not exhaustive

> Depending on the result of the pre-scan, Deep Discovery Analyzer performs the following actions.
>
> | RESULT | ACTION |
> |---|---|
> | If the sample is a known good file / URL | • Deep Discovery Analyzer sends the original request as a response back to the ICAP client. |
> | If the sample does not match any existing record | • Deep Discovery Analyzer sends the original request as a response back to the ICAP client.<br>• Deep Discovery Analyzer treats the sample as a submission and sends it to the Submission queue. The sample is not shown on the **ICAP Pre-scan** tab.<br>• Deep Discovery Analyzer adds the sample to the Deep Discovery Analyzer database to benefit later submissions.<br><br>📝 **Note**<br>If Virtual Analyzer does not support the file type of a submitted sample, Deep Discovery Analyzer does not send the sample to the Submission queue or add to the Deep Discovery Analyzer database. |
> | If the sample matches a known malicious threat | • Deep Discovery Analyzer reponds with a `403 Forbidden` message to the ICAP client.<br>• Deep Discovery Analyzer logs the sample and displays sample details on the **ICAP Pre-scan** tab. |
>
> Source: "Submissions," https://docs.trendmicro.com/all/ent/ddan/v6.9/en-us/ddan_6.9_ag.pdf at Chapter 4, page 11

8

U.S. Patent 7,010,698
"Systems and Methods for Creating a Code Inspection System"
Pre-Discovery Evidence of Use for Infringement

Priority Date: February 14, 2001
Note: Statements made herein are illustrative and not exhaustive

| | |
|---|---|
| | For further example, and on information and belief, Trend Micro's Deep Discovery Analyzer monitors the host OS (*e.g.*, a protected system) and updates the Smart Protection Network, which in turn updates and improves Trend Micro's sandboxes (*e.g.*, dynamic decoy system) to protect against new threats.<br><br><br><br>Source: "Smart Feedback Tab," https://docs.trendmicro.com/all/ent/ddan/v6.9/en-us/ddan_6.9_ag.pdf at Chapter 4, page 75 |
| receiving one or more portions of code; | Trend Micro's accused methods embody receiving one or more portions of code. Reasonable discovery will confirm this interpretation.<br><br>For example, portions of code (*e.g.* files, documents, URLs, etc.) are received in the Deep Discovery Analyzer's sandbox.<br><br><br><br>Source: "Deep Discovery Analyzer" Datasheet, www.trendmicro.com/en_us/business/products/network/advanced-threat-protection/analyzer.html?modal=s3a-prd-img-datasheet-679bab |

9

U.S. Patent 7,010,698
"Systems and Methods for Creating a Code Inspection System"
Pre-Discovery Evidence of Use for Infringement

Priority Date: February 14, 2001
Note: Statements made herein are illustrative and not exhaustive

| | |
|---|---|
| | **Threat Types**<br><br>This widget shows the type, amount, and risk level of threats detected in all submissions during the specified time period.<br><br>| Threat Type | High Risk | Medium Risk | Low Risk | Total |<br>|---|---|---|---|---|<br>| Ransomware | 4 | 0 | 0 | 4 |<br>| Coin Miner | 0 | 0 | 0 | 0 |<br>| Dropper | 62 | 0 | 117 | 179 |<br>| Worm | 35 | 0 | 0 | 35 |<br>| Backdoor | 28 | 0 | 69 | 97 |<br>| Bot | 13 | 0 | 0 | 13 |<br>| Keylogger | 5 | 0 | 0 | 5 |<br>| Downloader | 3 | 0 | 0 | 3 |<br>| File infector | 0 | 0 | 0 | 0 |<br>| Exploit | 0 | 0 | 0 | 0 |<br>| Rootkit | 0 | 0 | 0 | 0 |<br><br>Period: Last 24 hours. Last refresh: 22/06/2018 14:10:17<br><br>The default period is **Last 24 hours**. Change the period according to your preference.<br><br>Click a number under **High Risk, Medium Risk, Low Risk**, or **Total** to go to the **Submissions** screen and view detailed information.<br><br>Source: "Threat Types," https://docs.trendmicro.com/all/ent/ddan/v6.9/en-us/ddan_6.9_ag.pdf at Chapter 3, page 9<br><br>**Smart Feedback Tab**<br><br>Deep Discovery Analyzer integrates the new Trend Micro Feedback Engine. This engine sends threat information to the Trend Micro Smart Protection Network, which allows Trend Micro to identify and protect against new threats. Participation in Smart Feedback authorizes Trend Micro to collect certain information from your network, which is kept in strict confidence.<br><br>Information collected by Smart Feedback:<br><br>• Product ID and version<br>• URLs suspected to be fraudulent or possible sources of threats<br>• Metadata of detected files (file type, file size, SHA-1 hash value, and SHA-1 hash value of parent file)<br>• Detection logs (from Advanced Threat Scan Engine, Predictive Machine Learning engine, and Virtual Analyzer)<br>• Sample of the following detected file types: bat, class, cmd, dll, exe, htm, html, jar, js, lnk, macho, mov, ps1, svg, swf, url, vbe, vbs, wsf<br>• Macros in Microsoft Office files<br><br>Source: "Smart Feedback Tab," https://docs.trendmicro.com/all/ent/ddan/v6.9/en-us/ddan_6.9_ag.pdf at Chapter 4, page 75 |

10

U.S. Patent 7,010,698
"Systems and Methods for Creating a Code Inspection System"
Pre-Discovery Evidence of Use for Infringement

Priority Date: February 14, 2001
Note: Statements made herein are illustrative and not exhaustive

|  | |
|---|---|
|  | <br>Source: "Layered Security for Detection and Response" brief, www.trendmicro.com/en_us/business/products/network/advanced-threat-protection/analyzer.html?modal=s3b-prd-img-solution-brief-1d3c9f |
| introducing the one or more portions of code to the dynamic decoy system; | Trend Micro's accused methods embody introducing the one or more portions of code to the dynamic decoy system. Reasonable discovery will confirm this interpretation.<br><br>For example, one or more portions of code (*e.g.* files, documents, URLs, etc.) are introduced to the dynamic decoy system (*e.g.*, Deep Discovery Analyzer's sandbox). |

11

U.S. Patent 7,010,698
"Systems and Methods for Creating a Code Inspection System"
Pre-Discovery Evidence of Use for Infringement

Priority Date: February 14, 2001
Note: Statements made herein are illustrative and not exhaustive



Source: "Deep Discovery Analyzer" Datasheet, www.trendmicro.com/en_us/business/products/network/advanced-threat-protection/analyzer.html?modal=s3a-prd-img-datasheet-679bab



Source: "Threat Types," https://docs.trendmicro.com/all/ent/ddan/v6.9/en-us/ddan_6.9_ag.pdf at Chapter 3, page 9

U.S. Patent 7,010,698
"Systems and Methods for Creating a Code Inspection System"
Pre-Discovery Evidence of Use for Infringement

Priority Date: February 14, 2001
Note: Statements made herein are illustrative and not exhaustive

> **Smart Feedback Tab**
>
> Deep Discovery Analyzer integrates the new Trend Micro Feedback Engine. This engine sends threat information to the Trend Micro Smart Protection Network, which allows Trend Micro to identify and protect against new threats. Participation in Smart Feedback authorizes Trend Micro to collect certain information from your network, which is kept in strict confidence.
>
> Information collected by Smart Feedback:
>
> - Product ID and version
> - URLs suspected to be fraudulent or possible sources of threats
> - Metadata of detected files (file type, file size, SHA-1 hash value, and SHA-1 hash value of parent file)
> - Detection logs (from Advanced Threat Scan Engine, Predictive Machine Learning engine, and Virtual Analyzer)
> - Sample of the following detected file types: bat, class, cmd, dll, exe, htm, html, jar, js, lnk, macho, mov, ps1, svg, swf, url, vbe, vbs, wsf
> - Macros in Microsoft Office files
>
> Source: "Smart Feedback Tab," https://docs.trendmicro.com/all/ent/ddan/v6.9/en-us/ddan_6.9_ag.pdf at Chapter 4, page 75



Source: "Layered Security for Detection and Response" brief, www.trendmicro.com/en_us/business/products/network/advanced-threat-protection/analyzer.html?modal=s3b-prd-img-solution-brief-1d3c9f

13

U.S. Patent 7,010,698
"Systems and Methods for Creating a Code Inspection System"
Pre-Discovery Evidence of Use for Infringement

Priority Date: February 14, 2001
Note: Statements made herein are illustrative and not exhaustive

| | |
|---|---|
| simulating operating conditions of the protected system in the dynamic decoy system; and | Trend Micro's accused methods embody simulating operating conditions of the protected system in the dynamic decoy system. Reasonable discovery will confirm this interpretation.<br><br>For example, Trend Micro's Deep Discovery Analyzer customizable sandbox (*e.g.*, dynamic decoy system) provides a wide range of capabilities to simulate the operating conditions of the protected system.<br><br>**Custom Sandboxing**<br><br>Deep Discovery Analyzer performs sandbox simulation and analysis in environments that match the desktop software configurations attackers expect in your environment and ensures optimal detection with low false-positive rates.<br><br>Source: https://docs.trendmicro.com/all/ent/ddan/v6.8/en-us/ddan_6.8_ag.pdf (emphasis added)<br><br>**Custom sandboxing**<br><br>Custom sandboxes use virtual images to match your operating system applications, configurations, and patches. Difficult for hackers to evade, they include a "safe live mode" to analyze multi-stage downloads, URLs, C&C, and more. Sandboxing can be used as further sandboxing capacity for other Deep Discovery appliances or as a scalable stand-alone sandbox. Manual submission allows administrators to investigate suspicious objects.<br><br>Source: "Custom Sandboxing" Tab, https://www.trendmicro.com/en_us/business/products/network/advanced-threat-protection/analyzer.html (emphasis added) |

14

U.S. Patent 7,010,698
"Systems and Methods for Creating a Code Inspection System"
Pre-Discovery Evidence of Use for Infringement

Priority Date: February 14, 2001
Note: Statements made herein are illustrative and not exhaustive

|  | |
|---|---|
|  | **Advanced Detection Methods** such as static analysis, heuristic analysis, behavior analysis, web reputation, and file reputation ensure threats are discovered quickly. Analyzer also detects multi-stage malicious files, outbound connections, and repeated C&C from suspicious files.<br><br>• **Broad file analysis range** examines a wide range of Windows executables, Microsoft® Office, PDF, web content, and compressed file types using multiple detection engines and sandboxing. Custom policies can be defined by file type.<br><br>• **Document exploit detection** discovers malware and exploits delivered in common document formats by using specialized detection and sandboxing.<br><br>• **URL analysis** Performs sandbox analysis of URLs contained in emails or manually submitted samples.<br><br>• **Web services API and manual submission** enables any product or malware analyst to submit suspicious samples. Shares new indicators of compromise (IoC) detection intelligence automatically with Trend Micro and third-party products.<br><br>• Support for Windows, Mac, and Android™ operating systems.<br><br>Source: "Deep Discovery Analyzer" Datasheet, www.trendmicro.com/en_us/business/products/network/advanced-threat-protection/analyzer.html?modal=s3a-prd-img-datasheet-679bab |
| monitoring sensors in the dynamic decoy system for at least one of actions or results of the one or more portions of code, | Trend Micro's accused methods embody monitoring sensors in the dynamic decoy system for at least one of actions or results of the one or more portions of code. Reasonable discovery will confirm this interpretation.<br><br>On information and belief, and for example, Trend Micro's Deep Discovery Analyzer contains at least one or more sensors capable of analyzing the potential threats (*e.g.*, actions or results of the one or more portions of code) to the protected system. Trend Micro's Deep Discovery method analyzes relevant, potentially malicious data, and sends relevant analyses and reports to relevant systems and users. Such detection requires sensors.<br><br><br>Source: "Detect threats faster with advanced sharing," www.trendmicro.com/en_us/business/products/network/advanced-threat-protection/deep-discovery-threat-intelligence-network-analytics.html?modal=s5a-prd-img-deep-discovery-445d38 |

15

U.S. Patent 7,010,698
"Systems and Methods for Creating a Code Inspection System"
Pre-Discovery Evidence of Use for Infringement

Priority Date: February 14, 2001
Note: Statements made herein are illustrative and not exhaustive

> "Organizations are increasingly becoming victims of targeted ransomware when advanced malware gets around traditional security, encrypts data, and demands payment to release the data. Deep Discovery Analyzer uses known and unknown patterns and reputation analysis to **detect** the latest ransomware attacks, including WannaCry. The customized sandbox **detects** mass file modifications, encryption behavior, and modifications to backup and restore processes."
>
> Source: https://www.trendmicro.com/en_th/business/products/network/advanced-threat-protection/analyzer.html

Trend Micro's Custom Sandbox Analysis (*e.g.*, dynamic decoy machine) includes "safe external access to **identify** and **analyze** . . ."



Custom Sandbox Analysis uses virtual images that are tuned to precisely match your system configurations, drivers, installed applications, and language versions. This approach improves the detection rate of advanced threats that are designed to evade standard virtual images. The custom sandbox environment includes safe external access to identify and analyze multi-stage downloads, URLs, command and control (C&C), and more, as well as supporting manual or automated file and URL submission.

Source: "Deep Discovery Analyzer,"
https://www.trendmicro.com/en_us/business/products/network/advanced-threat-protection/analyzer.html.

| Risk Level | Virtual Analyzer performs static analysis and behavior simulation to identify a sample's characteristics. During analysis, Virtual Analyzer rates the characteristics in context and then assigns a risk level to the sample based on the accumulated ratings.<br><br>• **Red icon** (❌): High risk. The object exhibited highly suspicious characteristics that are commonly associated with malware.<br><br>Examples:<br>• Malware signatures; known exploit code<br>• Disabling of security software agents<br>• Connection to malicious network destinations<br>• Self-replication; infection of other files<br>• Dropping or downloading of executable files by documents<br><br>• **Yellow icon** (⬇): Low risk. The object exhibited mildly suspicious characteristics that are most likely benign.<br><br>• **Green icon** (✓): No risk. The object did not exhibit suspicious characteristics. |
|---|---|

Source: "Submissions," https://docs.trendmicro.com/all/ent/ddan/v6.9/en-us/ddan_6.9_ag.pdf at Chapter 4, page 6

U.S. Patent 7,010,698
"Systems and Methods for Creating a Code Inspection System"
Pre-Discovery Evidence of Use for Infringement

Priority Date: February 14, 2001
Note: Statements made herein are illustrative and not exhaustive



Source: "Virtual Analyzer Status," https://docs.trendmicro.com/all/ent/ddan/v6.9/en-us/ddan_6.9_ag.pdf at Chapter 3, page 14

Source: "Threat Types," https://docs.trendmicro.com/all/ent/ddan/v6.9/en-us/ddan_6.9_ag.pdf at Chapter 3, page 9

U.S. Patent 7,010,698
"Systems and Methods for Creating a Code Inspection System"
Pre-Discovery Evidence of Use for Infringement

Priority Date: February 14, 2001
Note: Statements made herein are illustrative and not exhaustive

|  |  |
|---|---|
|  | ![Triggered Alerts Tab screenshot]<br>Source: "Alert Notifications," https://docs.trendmicro.com/all/ent/ddan/v6.9/en-us/ddan_6.9_ag.pdf at Chapter 5, page 2 |
| wherein the relevant portions of the protected system allow the one or more portions of code to be analyzed in the dynamic decoy system as if the dynamic decoy system were the protected system. | Trend Micro's accused methods embody monitoring sensors, per the preceding step, wherein the relevant portions of the protected system allow the one or more portions of code to be analyzed in the dynamic decoy system as if the dynamic decoy system were the protected system. Reasonable discovery will confirm this interpretation.<br><br>For example, Trend Micro's accused methods include custom sandboxes (*e.g.*, dynamic decoy system) that use virtual images to "precisely match [a user's] system configurations, drivers, installed applications, and language versions" (*e.g.*, protected system).<br><br> Custom Sandbox Analysis uses virtual images that are tuned to precisely match your system configurations, drivers, installed applications, and language versions. This approach improves the detection rate of advanced threats that are designed to evade standard virtual images. The custom sandbox environment includes safe external access to identify and analyze multi-stage downloads, URLs, command and control (C&C), and more, as well as supporting manual or automated file and URL submission.<br>Source: "Deep Discovery Analyzer,"<br>https://www.trendmicro.com/en_us/business/products/network/advanced-threat-protection/analyzer.html. |

U.S. Patent 7,010,698
"Systems and Methods for Creating a Code Inspection System"
Pre-Discovery Evidence of Use for Infringement

Priority Date: February 14, 2001
Note: Statements made herein are illustrative and not exhaustive

| | |
|---|---|
| | For example, in a video titled "Suspicious Objects," Trend Micro states: "analyzed in a secure custom sandbox to see what the object would do in your environment" 1:01-1:05. https://www.trendmicro.com/en_us/business/products/network/advanced-threat-protection.html <br><br> For example, in a video titled "Detect lateral movement of known, unknown, and undisclosed threats," Trend Micro states: "secure custom sandbox that mimics your own corporate image down to the OS, application, version, and patches" 1:12-1:20. https://www.trendmicro.com/en_us/business/products/network/advanced-threat-protection.html <br><br> **Custom sandboxing** <br><br> Custom sandboxes use virtual images to match your operating system applications, configurations, and patches. Difficult for hackers to evade, they include a "safe live mode" to analyze multi-stage downloads, URLs, C&C, and more. Sandboxing can be used as further sandboxing capacity for other Deep Discovery appliances or as a scalable stand-alone sandbox. Manual submission allows administrators to investigate suspicious objects. <br><br> Source: "Custom Sandboxing" Tab, https://www.trendmicro.com/en_us/business/products/network/advanced-threat-protection/analyzer.html (emphasis added) |
| | |

19